HAMILTON TRUST COMPANY, Appellant, *v.* THE ATLAS IMPROVEMENT COMPANY et al., Respondents.

*Hamilton Trust Co.* v. *Atlas Improvement Co.*, 157 App. Div. 891, affirmed.

(Argued June 10, 1915; decided July 13, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 28, 1913, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action brought by

the Hamilton Trust Company, as assignee of Patrick H. Flynn, to recover from the People's Trust Company, as receiver of the Atlas Improvement Company, the proceeds of a judgment which Flynn had assigned to the Hamilton Trust Company. The assigned judgment was recovered on or about July 29, 1904, by the Atlas Improvement Company in an action in the Supreme Court, New York county, against one James M. Edwards, for the sum of $33,421.64, and was assigned to the plaintiff herein on August 9, 1904, by Patrick H. Flynn, who then claimed to be the owner of said judgment, and that although the action in which it was recovered was in the name of the Atlas Improvement Company as plaintiff, the said Atlas Improvement Company had no interest whatever in the action or subject-matter thereof.

*Edward J. Connolly* and *Frank Sullivan Smith* for appellant.

*George W. Wingate* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, MILLER and CARDOZO, JJ.